NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SEASIDE CLEANERS, INC.,  )
                                       )

       Appellant,  )
                                       )

v.  )         Case No. 2D18-5094
                                       )

GULF HARBOR ASSOCIATES CORP.,  )
                                       )

       Appellee.  )
_____  )


Opinion filed August 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for Pasco
County; Declan P. Mansfield, Judge.

Brendan R. Riley of Stewart & Riley,
New Port Richey, for Appellant.

Carla Markowitz, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.